JANUARY 20, 1964

No. 68262.—Dormer Werner, Inc. *v.* United States, protest 59/20914. Protest dismissed December 4, 1963. (Not published.) Plaintiff's application for rehearing granted.